UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-cr-00188-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )  | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL EUGENE BLAKENEY ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 48, and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 12th day of January, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge